

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO HEALTHCARE SYSTEM, LTD., D/B/A LAS PALMAS MEDICAL CENTER, | § § | |
| | § | No. 08-18-00043-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Three |
| | § | of El Paso County, Texas |
| SANTIAGO MONSIVAIS, DECEASED BY AND THROUGH HIS NEXT FRIENDS, CINTHIA MONSIVAIS AND SAMUEL MONSIVAIS AND CINTHIA MONSIVAIS AND SAMUEL MONSIVAIS, INDIVIDUALLY, | § § § § | (TC# 2017DCV1526) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's order denying Appellant's motion to dismiss. We therefore affirm the trial court's order denying Appellant's motion to dismiss. We further order that Appellees recover from Appellant and its sureties, if any, all costs in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2019.

ANN CRAWFORD McCLURE, Chief Justice (Senior Judge)

Before Rodriguez, J., McClure, C.J. (Senior Judge), and Larsen, J. (Senior Judge)
McClure, C.J. (Senior Judge), sitting by assignment
Larsen, J. (Senior Judge), sitting by assignment